**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case 18 B 3134 |
| | ) | |
| MOHAMMAD TAHSEEN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge David D. Cleary |

**ORDER DENYING DEBTOR'S MOTION FOR ORDER CONVERTING CHAPTER 7 CASE TO CHAPTER 13**

This matter came before the court on Mohammad Tahseen's Motion for Order Converting Chapter 7 Case to Chapter 13. The court read the Motion, Secured Creditor Chicago Trust Company's Response, the Chapter 7 Trustee's Notice of Objection, Tahseen's Memorandum of Law in Support of his Motion and Chicago Trust Company's Response to the Memorandum, and heard the arguments of the parties in open court.

After reviewing the papers and applicable law, as well as the docket both of this case and Samantha Tahseen's two cases, the court finds that Mohammad Tahseen did not demonstrate that he is eligible to convert his bankruptcy case from Chapter 7 to Chapter 13 under 11 U.S.C. § 706(a).

Therefore, **IT IS HEREBY ORDERED THAT** Debtor's Motion for Order Converting Chapter 7 Case to Chapter 13 is **DENIED**.

ENTERED:

Date: July 22, 2020

DAVID D. CLEARY
United States Bankruptcy Judge