# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MOHAMMAD TAHSEEN | ) | CASE NO. 18-3134 |
| | ) | |
| DEBTORS | ) | JUDGE: DAVID CLEARY |
| | ) | |

## NOTICE OF FILING

TO: Andrew Maxwell, ESQ, Trustee, Maxwell Law Group, LLC 3010 N. California, Chicago, IL 60618 via ECF
Mohammad Tahseen, 128 Essex Road,,Elk Grove Village, IL 60007 via US Mail
Michael M. Tannen, Tannen Law Group, PC, 19 S. LaSalle Street, Suite 1600, Chicago, IL 60603 via ECF
& Attached Service List

PLEASE TAKE NOTICE that on May 26, 2021, at 10:00 a.m., I will appear before the Honorable David D. Cleary, or any judge sitting in his place, and present the motion of the Debtor to Compel Abandonment of 128 Essex Road, Elk Grove Village, IL, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance at the courthouse is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/join. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on Judge Cleary's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-david-d-cleary.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of

Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                */s/ Richard G. Fonfrias*
                                                Richard G Fonfrias

Richard G. Fonfrias
Fonfrias Law Group, LLC.
125 S. Wacker Dr, Suite  300
Chicago, IL 60606
312-969-0730
F: 312-624-7954

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MOHAMMAD TAHSEEN | ) | CASE NO. 18-3134 |
| | ) | |
| DEBTORS | ) | JUDGE: DAVID CLEARY |
| | ) | |

### MOTION TO COMPEL ABANDONMENT OF 128 ESSEX ROAD, ELK GROVE VILLAGE, IL

NOW COMES the Debtor, Mohammad Tahseen, by and through his attorney, Richard G. Fonfrias, and moves this Honorable Court to Compel the Trustee to Abandon 128 Essex Road, Elk Grove Village, IL, and in support thereof states as follows:

1. On February 4, 2018 Mr. Tahseen filed the instant bankruptcy case under Chapter 13 of the Bankruptcy Code.
2. At the time the case was filed, there was a substantial arrearage in property taxes, there is no mortgage on the home.
3. The Debtor elected to convert the case to one under Chapter 7.
4. Upon conversion, the Debtor attended the Chapter 7 meeting of creditors which was eventually concluded and on December 5, 2018 the Trustee filed an asset report, that asset being Mr. Tahseen's residence, 128 Essex Road, Elk Grove Village, IL.
5. On October 17, 2019, Chicago Trust Company's, attorneys, filed a motion to dismiss or modify stay on 128 Essex Road, Elk Grove Village, IL.
6. On November 7, 2019, the court modified the stay as to 128 Essex Road, Elk Grove Village, IL.
7. At all times the tax purchaser has maintained that there was little to no equity above and beyond its claim.
8. Since the last time this was asserted, a year and a half of fresh tax claims and additional interest on the existing property tax arrears have come due, further eroding any equity that may have existed.

9. The actions of the interested parties since the granting of the motion show that 128 Essex Road, Elk Grove Village is no longer an asset of the estate but rather a burden upon it.
10. If there was equity above and beyond the tax claim, the tax purchaser would have obtained their tax deed within the last 18 months, removing the property from the estate.
11. If there was equity above and beyond the tax claim, the Trustee would have moved to maximize the value to the estate by selling it within the last 18 months.
12. Neither party has taken additional action with respect to the property.
13. In addition, the property needs work, including roof repairs which would further cut into any value the estate might have.
14. Beginning in early 2019, the Trustee and Debtor's attorney began discussing a buyout.
15. From time to time, Debtor's counsel contacted Trustee regarding this amount.
16. By late 2019, Debtor's counsel's phone calls and emails were returned or responded to more and more infrequently.
17. This resulted in at least one letter being sent by mail to ensure receipt in 2019.
18. By 2020, Debtor had sufficient funds to complete the buyout, but despite emails being sent, none were responded to.
19. If the Trustee is compelled to abandon the property, the case can finally close and the Debtor and the other parties can move on.

WHEREFORE, the, Debtor prays that this Honorable Court compel the Trustee to abandon the estate's interest in 128 Essex Road, Elk Grove Village, IL and for any other relief deemed necessary and just.

Respectfully submitted,

By: */s/ Richard G. Fonfrias*_____
Attorney for Debtor

Richard G. Fonfrias
Fonfrias Law Group, LLC.
125 S. Wacker Dr, Suite  300
Chicago, IL 60606
312-969-0730
F: 312-624-7954