UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.: 18-03134
MOHAMMAD TAHSEEN,  )
  )   Chapter: 7
  )   Honorable David D. Cleary
  )
  )
Debtor(s)  )

## ORDER GRANTING TRUSTEE'S MOTION TO COMPEL DEBTOR TO DELIVER PROPERTY OF THE ESTATE AND FOR OTHER RELIEF

This case coming to be heard on Trustee's Motion to Compel Debtor to Deliver Property of the Estate and For Other Relief ("Motion"), seeking turnover of documents, information, and funds from the Debtor; due notice having been given; good cause appearing to grant the relief requested; and the Court being advised in the premises of the Motion;

IT IS HEREBY ORDERED, the Motion is granted. The Court finds the documents, information, and funds are property of the estate within the meaning of Section 541, Title 11 U.S.C. Debtor shall deliver to or at the direction of the Trustee, within 5 days of the date of this order, the following:
a) evidence of insurance on the House, as defined in the Motion (128 Essex Road, Elk Grove Village, Illinois);
b) a complete copy of the mortgage loan documents, if any, including but not limited to the promissory note, mortgage, the closing statement for the mortgage loan, and a copy of the evidence of payment of proceeds (e.g., check copy, wire transfer confirmation, ACH transfer confirmation, or similar);
c) payment to Trustee in the full amount of the proceeds of the mortgage loan in a manner that will most expeditiously transfer the funds from the Debtor to the Trustee;
d) In addition, depending on where the mortgage loan proceeds were deposited, Debtor shall provide Trustee a copy of each bank or other financial statement for the account where the mortgage loan proceeds were deposited and complete details of any disbursement of any part of those funds.

This Motion is continued for status and further hearing on compliance to June 30, 2021, at 10:30 a.m., without further notice.

Enter:  /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: June 23, 2021

**Prepared by:**

Andrew J. Maxwell (ARDC #1799150)
Maxwell Law Group
3010 N. California Ave.
Chicago, Illinois 60618
312/368-1138