UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 18-03134
)
MOHAMMAD TAHSEEN )
) Chapter: 7
) Honorable David D. Cleary
)
)
Debtor(s) )

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter having come before this Court on Debtors' Motion to Withdraw as Counsel and after a hearing has been conducted and/or good cause appearing, due notice having been given pursuant to Bankruptcy Rules, the court having jurisdiction and being fully advised in the premises, it is hereby:

ORDERED, ADJUDGED AND DECREED, the motion is hereby GRANTED.

Enter:  *[signature]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  June 30, 2021

**Prepared by:**

Richard G. Fonfrias
Fonfrias Law Group, LLC.
125 S. Wacker Dr., #300
Chicago, IL 60606
312-969-0730
F: 312-624-7954