IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| MOHAMMAD TAHSEEN, | ) | No. 18-03134 |
| | ) | Hon. David D. Cleary |
| Debtor. | ) | Chapter 7 |
| | ) | Hearing date: August 4, 2021 |
| | ) | Hearing time: 10:30 a.m. |

**TRUSTEE'S MOTION FOR ENTRY OF ORDER HOLDING DEBTOR IN CONTEMPT OF COURT**

Andrew J. Maxwell, Trustee, by his attorneys, pursuant to Fed.R.Bankr.P. 9020 and Local Bankruptcy Rule 9020-1, states the following as Trustee's Motion For Entry of Order Holding Debtor in Contempt of Court (the "Contempt Motion") for his willful and intentional disobedience to an order of this Court:

1. This Court has jurisdiction over this matter pursuant to Title 28 U.S.C. §§157 and 1334. This motion is a core proceeding pursuant to 28 U.S.C. §157(b) (2) (A), (E) and (O). Venue is proper pursuant to Title 28 U.S.C. §1409. This Court has personal jurisdiction over the Debtor for purposes of this matter, *inter alia*, pursuant to Fed.R.Bankr.P. 9014 and 7004(b).

2. **This Court has the authority to send the U.S. Marshal to take the Debtor into custody (sometimes called a "body attachment") and compel him to appear, to detain Debtor until the contempt has been purged, and to enter financial sanctions against the Debtor, including but not limited to Trustee's legal fees. Failure of Debtor to comply with this Court's orders, including the Turnover order as defined herein, may provide the basis to revoke the discharge previously entered in this case.**

3. Trustee filed and presented his Motion to Compel Debtor to Deliver Property of the Estate and for Other Relief ("Turn over motion"). The Court granted the Turnover motion by

1

order on June 23, 2021 ("Turn over order").

4. The Turnover order was served to Debtor by Trustee on June 23, 2021. Trustee filed a certificate of service of same.

5. Debtor has partially complied with the terms of the Turnover order by tendering certain documents. Debtor has not complied with other parts of the Turnover order, most notably the failure to turn over any funds to the estate and to tender a full accounting of receipts and disbursements of the proceeds of the mortgage loan he improperly obtained against property of the estate.

6. Debtor continues to take advantage of this Court by accepting all the benefits of the bankruptcy case and ignoring his obligations.

7. At this time, for the reasons set forth herein and pursuant to Fed.R.Bankr.P. 9020 and Local Bankruptcy Rule 9020-1, Trustee requests this Court to hold the Debtor in contempt of this Court and to impose such sanctions and grant such relief as may be required under the circumstances until he purges herself of contempt and complies with the provisions of the Turnover order and such other further orders of this Court. Trustee further requests the Court to order and direct Debtor to immediately deliver to Trustee any remaining cash proceeds of the mortgage loan. Debtor's conduct and disobedience has caused the bankruptcy estate to be subjected to continued attorneys' fees to compel Debtor to do what he is required to do under the provisions of the Bankruptcy Code. Trustee requests this Court to award attorneys' fees and costs in seeking to obtain Debtor's compliance with his duties and with the orders of this Court.

8. Trustee served seven days' notice of this Motion upon the United States Trustee and Debtor's attorney (and any others having registered) pursuant to Section II (B) (4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, and to the Debtor by depositing same in the United

States Mail, first class postage prepaid.  No further notice should be required.

**WHEREFORE,** Andrew J. Maxwell, Trustee, prays this Court to grant the relief requested in the Motion, to hold a hearing and find Mohammed Tahseen to be in contempt of this Court, to impose sanctions and grant other relief against him to obtain compliance with the Court's orders, to grant attorneys' fees and costs to Trustee against the Debtor, and to grant such other and further relief as this Court deems just and fair.

                                                  Respectfully submitted,
                                                  Andrew J. Maxwell, Trustee

                              BY:  */s/ Andrew J. Maxwell*
                                        One of his attorneys

Andrew J. Maxwell (ARDC #1799150)
**Maxwell Law Group**
3010 N. California Avenue
Chicago, IL 60618
312/368-1138