IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MOHAMMAD TAHSEEN, | ) | No. 18-03134 |
| | ) | Hon. David D. Cleary |
| Debtor. | ) | Chapter 7 |

### NOTICE OF FILING

To:  United States Trustee          Andrew J. Maxwell
     219 S. Dearborn Street, 8th floor   Maxwell Law Group
     Chicago, IL 60604              3010 N. California Ave.
                                    Chicago, IL 60618

PLEASE TAKE NOTICE that on this 5th day of November 2021, the undersigned has caused to be filed with the Bankruptcy Court for the Northern District of Illinois via the ECF System Debtor Mohammad Tahseen's STATEMENT OF DISTRUBUTION OF LOAN PROCEEDS, a true and correct copy of which is included herewith.

By: /s/ Robert K. Naumann
    Attorney for Debtor

Robert K. Naumann (#6280702)
Naumann, Agnello & Associates, LLC
25 Northwest Point Blvd, STE 180
Elk Grove Village, IL 60007
847-593-8777
bankruptcy@naumannlaw.com

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that copies of the foregoing Notice of Filing and the following Statement of Distribution of Loan Proceeds were caused to be served via the Court's Electronic Filing System (ECF) to all parties listed on the attached Services list, on November 5, 2021.

By: /s/ Robert K. Naumann
    Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| MOHAMMAD TAHSEEN, | ) | No. 18-03134 |
| | ) | Hon. David D. Cleary |
| Debtor. | ) | Chapter 7 |

**STATEMENT OF DISTRIBUTION OF LOAN PROCEEDS**

    The Debtor Mohammad Tahseen, by and through his attorneys of Naumann, Agnello & Associates, LLC, states the following as his Statement of Distribution of Loan Proceeds as required by Order of the Court on October 13, 2021 (Docket No. 198):

| Date | Description | Amount |
|---|---|---|
| 2021 Apr 20 | Net Loan Proceeds (Exh. A01) | $184,657.03 |
| 2021 Apr 30 | 2012 1st and 2nd Install Payment (Exh. A02) | ($ 20,686.07) |
| 2021 Apr 30 | 2013 1st and 2nd Install Payment (Exh. A02) | ($ 18,862.94) |
| 2021 Apr 30 | 2014 1st and 2nd Install Payment (Exh. A02) | ($ 17,777.89) |
| 2021 Apr 30 | 2015 1st and 2nd Install Payment (Exh. A02) | ($ 16,440.06) |
| 2021 Apr 30 | 2016 1st Install Payment (Exh. A02) | ($ 8,418.73) |
| 2021 Jun 10 | Paid Receipt for Roofing (Exh. A03) | ($ 12,595.00) |
| 2021 Jun 18 | Cleared Check for HVAC (Exh. A04-A05) | ($ 1,000.00) |
| 2021 May 17 | Cleared Check to Atty Fonfrias (BK) (Exh. A06) | ($ 1,035.00) |
| 2021 Jun 9 | Cleared Check to Atty Naumann (COTD) (Exh. A07) | ($ 1,000.00) |
| 2021 Jun 7 | Cleared Check to Atty Salyer (COTD) (Exh. A08) | ($ 3,000.00) |
| 2021 Jul 19 | Cleared Check to Atty Naumann (BK) (Exh. A09) | ($ 2,500.00) |
| 2021 Jul 13 | Cashier's Check to Trustee Andrew Maxwell | ($ 45,588.00) |
| | Net Proceeds Not Distributed | $ 35,733.34 |
| 2021 Nov 3 | Cashier's Check to Trustee Andrew Maxwell (Ex. A10) | ($ 35,733.34) |

    WHEREFORE, Debtor Mohammad Tahseen prays this Court to enter an order purging the Order of Contempt and granting such other and further relief as this Court deems just and fair.

Robert K. Naumann (#6280702)  
Naumann, Agnello & Associates, LLC  
25 Northwest Point Blvd, STE 180  
Elk Grove Village, IL 60007  
847-593-8777  
bankruptcy@naumannlaw.com  

Respectfully Submitted,

/s/ Robert K. Naumann  
Attorney for Debtor