American Land Title Association

FINAL ALTA Settlement Statement - Borrower
Adopted 05-01-2015

File No./Escrow No.: ASV-3435019
Officer/Escrow Officer: Jessica Medeiros

**Solidifi Title & Closing, LLC**
**88 Silva Lane**
**Middletown, RI 02842**
**(888) 641-3334**

Property Address: 128 ESSEX ROAD
ELK GROVE VILLAGE, IL 60007 (COOK)

Borrower: MOHAMMAD TAHSEEN
128 Essex Road
Elk Grove Village, IL 60007

Seller:

Lender: Amerisave Mortgage Corporation ISAOA ATIMA
3525 Piedmont Rd NE, 8 Piedmont Center, Suite 600, Atlanta, GA 30305

Settlement Date: 4/15/2021
Disbursement Date: 4/20/2021

| Description | Borrower | |
|---|---|---|
| | Debit | Credit |
| **Deposits, Credits, Debits** | | |
| from Amerisave Mortgage Corporation ISAOA ATIMA | | $161.20 |
| Subtotal of Deposits, Credits, Debits | | $161.20 |
| **Loan Items** | | |
| Loan Amount | | $252,340.00 |
| Appraisal Fee to Amerisave Mortgage Corporation ISAOA ATIMA (POC $505.00 by Mohammad Tahseen) | | |
| Credit Report to Equifax Mortgage Solutions C/O AmeriSave | $16.07 | |
| Mortgage Insurance Premium to HUD | $4,340.00 | |
| Final Property Inspection Fee to Amerisave Mortgage Corporation ISAOA ATIMA | $200.00 | |
| Tax service to Amerisave Mortgage Corporation ISAOA ATIMA | $64.00 | |
| Flood Certification to Corelogic Flood Services C/O AmeriSave | $11.00 | |
| Prepaid Interest ( 22.4686 per day from 4/20/2021 to 5/1/2021 ) | $247.15 | |
| Homeowner's Insurance Premium ( 4 mo.) to State Farm | $747.72 | |
| Property Taxes ( 7 mo.) to Cook County Treasurer | $4,768.05 | |
| Homeowner's Insurance $186.92 per month for 12 mo. | $2,243.04 | |
| Property Taxes    $626.38 per month for 6 mo. | $3,758.28 | |
| Aggregate Adjustment | -$0.21 | |
| Processing Fees to Amerisave Mortgage Corporation ISAOA ATIMA | $500.00 | |
| County Property Tax to Cook County Treasurer | $49,861.07 | |
| Subtotal of Loan Items | $66,756.17 | $252,340.00 |
| **Title Charges** | | |
| Title - Lender's Title Insurance to Solidifi Title & Closing, LLC | $480.00 | |
| Title - ALTA 8.1-06 Environmental Protection Lien to Solidifi Title & Closing, LLC | | |
| Title - ALTA 9-06 (Restrictions, Encroachments, Minerals) to Solidifi Title & Closing, LLC | | |
| Title - Closing Protection Letter Fee to First American Title Insurance Company | $25.00 | |
| Commitment Policy Fee to First American Title Insurance Company | $3.00 | |
| Title - Closing Protection Letter Fee to First American Title Insurance Company | $50.00 | |
| Title - Document preparation to Solidifi Title & Closing, LLC | $150.00 | |
| Title - Search Fee to Solidifi Title & Closing, LLC | $185.00 | |
| Title - Settlement Fee to Solidifi Title & Closing, LLC | $90.00 | |
| Title - Tax Bill Fee to Solidifi Title & Closing, LLC | $7.00 | |
| Subtotal of Title Charges | $990.00 | |
| **Recording Fees** | | |
| Recording fees: Mortgage $98.00 | $98.00 | |
| Subtotal of Recording Fees | $98.00 | |
| | Debit | Credit |
| **Subtotals** | $67,844.17 | $252,501.20 |
| Due To Borrower | $184,657.03 | |
| **Totals** | $252,501.20 | $252,501.20 |

Prepared: 4/14/2021

**Exhibit**

**A01**

File # ASV-3435019
Printed on 4/14/2021 at 11:02 AM

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Solidifi Title & Closing, LLC to cause the funds to be disbursed in accordance with this statement.

**BORROWER(S)**

_____

MOHAMMAD TAHSEEN

**SETTLEMENT COORDINATOR**

_____

Jessica Medeiros

File # ASV-3435019

Printed on 4/14/2021 at 11:02 AM

Cook County Treasurer
Maria Pappas
118 North Clark Street  Rm. 112
Chicago, IL 60602

312-443-5100

Visit Our Web Site at
www.cookcountytreasurer.com

4/30/2021   03:58 PM  0038 · 0006-8663
Cash Report: 210503-01 5/3/2021

**M REAL ESTATE TAX BILL**

llector 118 N Clark Street, Room 112, Chicago, Il 60602.

ent open item for this property. If you pay your bill in person,
e Cook County Collector. If you pay your bill by mail, include
payment.

nmediately.

e below.

01 - Cook County Building

08333160130000 2012 1
Posted: 4/30/2021
Validation Number: 799765
Open Item Tax Bill                    $4,488.42
211 Interest                          $6,598.34
(Total Paid $11,086.76.)

08333160130000 2012 2
Posted: 4/30/2021
Validation Number: 799767
Open Item Tax Bill                    $4,008.15
211 Interest                          $5,591.16
(Total Paid $9,599.31.)

**N ITEM REAL ESTATE TAX BILL**

| | | |
|---|---|---|
| Vol / PIN: | 050 | 08-33-316-013-0000 |
| Original Tax Amount Due: | | |
| Minus CR/JR Credit: | | 0.00 |
| Adjusted Tax Amount Due: | | |
| Tax Balance Due: | | 4,488.42 |

For Total Due With Penalty,
See Schedule Below.

Total                    $20,686.07
Check                   ($20,686.07)
Check No. 9488664868

**PAGE 1 OF 2
2012 1ST**

Thank You for Your Payment

Pay Current Taxes at
www.cookcountytreasurer.com or
Any Chase Bank in Illinois

5

DATE PD    SERIAL NO.    TAX AMT PD   INTEREST PD
— 08-04-14  080614300646    4,008.15     781.56 S —

*2012 Sold VTS 3/20/18*
*2018 B03134 12/24/18*

All of which appears from the records and files in my office.

In Witness Whereof, I have hereunto set my hand and affixed the Seal

of the County of Cook, at my office, in the City of Chicago, in said

County, this 22 day of APRIL    2021.

*Karen Yarbrough*

County Clerk

FCLO8

Exhibit
A02



Cook County Treasurer
Maria Pappas
118 North Clark Street, Rm. 112
Chicago, IL 60602

312-443-5100

Visit Our Web Site at
www.cookcountytreasurer.com

0006-8660

4/30/2021   03:51 PM   0038
Cash Report: 210503-01 5/3/2021

01 - Cook County Building

08333160130000 2013 1
Posted: 4/30/2021
Validation Number: 799753        $4,673.11
Open Item Tax Bill              $6,028.60
211 Interest
(Total Paid $10,701.71.)

08333160130000 2013 2
Posted: 4/30/2021
Validation Number: 799755       $3,684.36
Open Item Tax Bill              $4,476.87
211 Interest
(Total Paid $8,161.23.)

                                $18,862.94
Total                          ($18,862.94)
Check
Check No. 9488664869

Thank You for Your Payment
Pay Current Taxes at
www.cookcountytreasurer.com or
Any Chase Bank in Illinois

**SECON** **DULLMENT**        3,684.36

**PAYMENTS:**
**DATE PD      SERIAL NO.     TAX AMT PD    INTEREST PD**
— 10-27-14   102814500336    3,684.36      165.81 —

## TEM REAL ESTATE TAX BILL

Collector 118 N Clark Street, Room 112, Chicago, Il 60602.

uent open item for this property. If you pay your bill in person,
e Cook County Collector. If you pay your bill by mail, include
payment.

mediately.

below.

### TEM REAL ESTATE TAX BILL

Vol / PIN:                 050    08-33-316-013-0000
Original Tax Amount Due:
Minus CR/JR Credit:                      0.00
Adjusted Tax Amount Due:
Tax Balance Due:                      4,673.11

For Total Due With Penalty,
See Schedule Below.

                                    **PAGE 1 OF 2**
                                    **2013 1ST**

2012 Sold VTS 3/20/18
2018 B03134 12/24/18

All of which appears from the records and files in my office.

In Witness Whereof, I have hereunto set my hand and affixed the Seal

of the County of Cook, at my office, in the City of Chicago, in said

County, this 22 day of APRIL     2021.

*Karen Yarbrough*

County Clerk

FCL08

Cook County Treasurer
Maria Pappas
118 North Clark Street Rm. 112
Chicago, Il 60602

312-443-5100

Visit Our Web Site at
www.cookcountytreasurer.com

4/30/2021   03:54 PM  0038   0006-8661
Cash Report: 210503-01 5/3/2021

01 - Cook County Building

08333160130000 2014 1
Posted: 4/30/2021
Validation Number: 799757
Open Item Tax Bill          $4,596.61
211 Interest                $5,102.30
(Total Paid $9,698.91.)

08333160130000 2014 2
Posted: 4/30/2021
Validation Number: 799759
Open Item Tax Bill          $3,970.03
211 Interest                $4,108.95
(Total Paid $8,078.98.)

Total                       $17,777.89
Check                      ($17,777.89)
Check No. 9488664870

Thank You for Your Payment

Pay Current Taxes at
www.cookcountytreasurer.com or
Any Chase Bank in Illinois

# TEM REAL ESTATE TAX BILL

**Collector 118 N Clark Street, Room 112, Chicago, Il 60602.**

inquent open item for this property. If you pay your bill in person,
to the Cook County Collector. If you pay your bill by mail, include
/our payment.

ay immediately.

iedule below.

## OPEN ITEM REAL ESTATE TAX BILL

| Vol / PIN: | 050 | 08-33-316-013-0000 |
|---|---|---|
| Original Tax Amount Due: | | |
| Minus CR/JR Credit: | | 0.00 |
| Adjusted Tax Amount Due: | | |
| Tax Balance Due: | | 4,596.61 |

For Total Due With Penalty,
See Schedule Below.

**PAGE 1 OF 2**
**2014 1ST**

| DATE PD | SERIAL NO. | TAX AMT PD | INTEREST PD |
|---|---|---|---|
| 09-22-15 | 092315500305 | 3,970.03 | 119.10 |

70.03

*2012 Sold VTS 3/20/18*
*2018B03134 12/26/18*

---

All of which appears from the records and files in my office.

In Witness Whereof, I have hereunto set my hand and affixed the Seal
of the County of Cook, at my office, in the City of Chicago, in said
County, this 22 day of APRIL    2021.

County Clerk

FCL08

Cook ~~County~~ Treasurer
Maria Pappas
118 North Clark Street  Rm. 112
Chicago, IL 60602

312-443-5100

Visit Our Web Site at
www.cookcountytreasurer.com

4/30/2021   03:56 PM  0038    0006-8662
Cash Report: 210503-01 5/3/2021

## ITEM REAL ESTATE TAX BILL

y Collector 118 N Clark Street, Room 112, Chicago, Il 60602.

01 - Cook County Building

linquent open item for this property. If you pay your bill in person,
to the Cook County Collector. If you pay your bill by mail, include
your payment.

08333160130000 2015 1
Posted: 4/30/2021
Validation Number: 799761

ay immediately.

Open Item Tax Bill          $4,711.65
211 Interest               $4,381.54
(Total Paid $9,093.19.)

edule below.

08333160130000 2015 2
Posted: 4/30/2021
Validation Number: 799763
Open Item Tax Bill          $3,960.50
211 Interest               $3,386.37
(Total Paid $7,346.87.)

### OPEN ITEM REAL ESTATE TAX BILL

| Vol / PIN: | 050 | 08-33-316-013-0000 |
|---|---|---|
| Original Tax Amount Due: | | |
| Minus CR/JR Credit: | | 0.00 |
| Adjusted Tax Amount Due: | | |
| Tax Balance Due: | | 4,711.65 |

For Total Due With Penalty,
See Schedule Below.

Total                       $16,440.06
Check                      ($16,440.06)
Check No. 9488664871

PAGE 1 OF 2
2015 1ST

Thank You for Your Payment
Pay Current Taxes at
www.cookcountytreasurer.com or
Any Chase Bank in Illinois

0.50

| DATE PD | SERIAL NO. | TAX AMT PD | INTEREST PD |
|---|---|---|---|
| 10-13-16 | 101416500920 | 3,960.50 | 178.23 |

*2012 Sold VTS 3/20/18*
*2018 B03134 12/26/18*

All of which appears from the records and files in my office.

In Witness Whereof, I have hereunto set my hand and affixed the Seal
of the County of Cook, at my office, in the City of Chicago, in said
County, this 22 day of APRIL    2021.

County Clerk

FCL08

312-443-5100

Visit Our Web Site at
www.cookcountytreasurer.com

Th 5/20/2021    02:15 PM  0038    0006-0001
Cash Report: 210521-01 5/21/2021

Th 01 - Cook County Building
ple
the 08333160130000 2016 1
Posted: 5/20/2021
Th Ref No: 0000000000
Validation Number: 802595
Pe Prior Year Legal Payments    $4,769.68
233 Interest    $3,649.05

Total    $8,418.73
Check    ($8,418.73)
— Check No. 9596513718

Thank You for Your Payment

DA
Cer        Pay Current Taxes at
Tax    www.cookcountytreasurer.com or
Any Chase Bank in Illinois
Warrant Tax Year
Tax Type

## AL ESTATE TAX BILL

**18 N Clark Street, Room 112, Chicago, Il 60602.**

n item for this property. If you pay your bill in person,
County Collector. If you pay your bill by mail, include
it.

ely.

I.

## W REAL ESTATE TAX BILL

| | | |
|---|---|---|
| Vol / PIN: | 050 | 08-33-316-013-0000 |
| Original Tax Amount Due: | | |
| Minus CR/JR Credit: | | 0.00 |
| Adjusted Tax Amount Due: | | |
| Tax Balance Due: | | 4,769.68 |

For Total Due With Penalty,
See Schedule Below.

**PAGE 1 OF 2**
**2016 1ST**

# M Construction Services

# Invoice

### 980 Tiverton Court
### Schaumburg, IL
### 60193

PAID

| Due Date | Date | Invoice # |
|---|---|---|
| 6/10/2021 | 6/10/2021 | 10020 |

Bill To

### Mohammad Tahseen
### 128 Essex Road
### Elk Grove, IL. 60007

| Balance Due>> | $0.00 |
|---|---|

# M Construction Services

### 980 Tiverton Court
### Schaumburg, IL 60193

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

| P.O. No. | Terms | Due Date | Project |
|---|---|---|---|
| 128 essex | Due on receipt | 6/10/2021 | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Roofing:<br>Tear-off entire layer of shingles on the house and garage roofs.<br>Install Ice/water shield 6ft on the eaves on roof deck area on the house & garage roof.<br>Remove and replace all bad fascia boards around the house and garage.<br>Install new aluminum drip edge on all gable ends house & garage eaves.<br>Install new GAF Timberline HD Architectural shingles on the house & garage roofs. Color ( TBD )<br>Remove & replace existing roof vents with(10) new Slant Back colored roof vents.<br>lead stack pipe flashings. (4")<br>Haul all debris from job site.<br>Gutters:<br>Remove existing gutters and downspouts around the house and garage.<br>Install new 5" seamless gutter and oversized (3" x 4") downspouts. | 1 | 12,595.00 | 12,595.00 |

Phone #

224-245-7882

chuck@mconstructionservices.com

www.mconstructionservicesco.com

M Construction

On the Road to Business Success!

| Total | $12,595.00 |
|---|---|
| Payments/Credits | -$12,595.00 |
| Balance Due | $0.00 |

Exhibit

A03



**CHASE**

Printed from Chase Personal Online

## -$1,000.00
Total

Jun 18, 2021
Post date

156
Check #

---

**MOHAMMAD TAHSEEN** 11-11
12½ ESSEX RD.
ELK GROVE VILLAGE, IL 60007-3937

$\frac{2-1}{710}$ 562

156

DATE _5/14/21_

PAY TO THE
ORDER OF _ABC  Air Conditioning and Heating_ | $ _1000.00_

_One Thousand and 00/100_ ———————— DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
MEMO _1000, # 5178_     _797478_

⑆071000013⑆     428 2"0 156

---

JPMorgan Chase Bank, N.A. Member FDIC          ©2021 JPMorgan Chase & Co.          Equal Opportunity Lender

**Exhibit**
**A04**

# ABC

**PLUMBING · SEWER · HEATING · COOLING · ELECTRIC**

220 Campus Drive | Arlington Heights, Illinois 60004
Phone: 888-415-0588 | www.4abc.com

## Proposal

| Prepared By | Call No. |
|---|---|
| Jorge F 880 | 733478 |

| PROPOSAL SUBMITTED TO | | DATE 05/14/21 |
|---|---|---|
| STREET 128 Essex Rd | | |
| CITY, STATE, ZIP Elk Grove Village IL 60007 | ALTERNATE PHONE | |
| PHONE (708)267-6254 | EMAIL ADDRESS | |

*We hereby propose:* To furnish, install and service under warranty (stated below) top quality products or related equipment for your home in accordance with the conditions and specifications set forth in this proposal.

## A. NEW EQUIPMENT

- ☑ A/C    Tons 3    SEER (up to) 13
  Make/Model Performance
- ☑ Coil    Tons 3    CASED Yes
  Make/Model Performance
- ☑ Furnace    BTU 90K    Eff. 80%
  Make/Model Comfort
- ☐ Boiler    Make/Model
  BTU _____ Eff. _____
- ☐ Air Handler    Tons _____ kw. _____
  Make/Model
- ☐ Water Heater    Make/Model _____ Gals. _____
- ☐ Tankless H20
- ☐ _____

### INDOOR AIR QUALITY
- ☑ Filter Rack    Size 16 x 25 x 4
- ☐ Media Air Filter Make/Model
- ☐ Electronic Air Purifier
- ☐ Whole House Duct Cleaning
- ☐ Whole House Sanitizing
- ☐ Duct Sealing
- ☐ Humidifier

## B. PIPING
- ☐ PVC Vent Pipe    Size _____ & Length _____
- ☐ Vent Piping
- ☐ Chimney Liner    Size _____ & Length _____
- ☐ Condensate Drain Hookup _____    ☐ Condensate Pump
- ☑ Gas Connections    ☑ New Gas Shut Off
- ☑ Lineset Size & Length _____    ☐ In Line Filter Drier

## C. CONTROLS & ELECTRICAL
- ☐ Thermostat Make/Model
- ☐ Disconnect Box _____ ☐ Breaker Amp Type
- ☐ High Voltage Equipment Connections
- ☑ Low Voltage Connections
- ☑ Seal Tight Whip    Size: 1/2"☐ 3/4"☐    & Length 4'☑  6'☐

All work to be performed in a neat and professional manner in accordance with existing codes by trained technicians. We sweep, dust and vacuum at the conclusion of each day's work and remove all debris from premises.

Notes

## D. AIR DISTRIBUTION
- ☐ Modification of Supply Plenum    ☑ Return Plenum
- ☑ Duct Seal Connections at Equipment (Internally)
  Bottom Box Return  4"☐    8"☐
- ☐ Zoning
- ☐ _____

## E. WARRANTIES (see printed copy of warranty for details and benefits)

> **World's Best 1-Year Test Drive Warranty**

Cust. Initials WI — If for any reason you are not happy within the first year of owning your new equipment, ABC Plumbing, Sewer, Heating, Cooling & Electric will do whatever it takes to make it right or remove the equipment and refund you the original purchase price. No questions asked. No if's, and's or but's. **100% SATISFACTION GUARANTEED.**

- ☑ 24-Hour Emergency Service    ☑ No Surprises Guarantee
- ☑ Install Materials Lifetime Warranty    ☐ A/C Level For Life Guarantee
- ☑ 10 -Year Parts    ☑ Furnace ☑ Air Conditioning
- ☑ 10 -Year Labor    ☐ Furnace ☐ Air Conditioning
- ☐ Water Heater Warranty    ☐ 6 Year    ☐ 10 Years
- ☑ Compressor: 15 Years    ☑ Heat Exchanger: 20 Years
- ☑ Customer Service Guarantee    ☑ Equipment Sizing Guarantee
- ☑ Lifetime Workmanship Guarantee    ☐ Property Protection Guarantee

## F. MISCELLANEOUS
- ☑ Removal of existing equipment from premises
- ☑ Set furnace on isolation pads
- ☑ A/C Pad - Size: _____    ☐ A/C Brackets
- ☑ Refrigerant    ☑ Vacuum Line Set    ☐ Leak Test Freon System
- ☑ Environmentally Safe Removal of Old Refrigerant
- ☑ Permits ABC will pull
- ☐ Plat of Survey Google Earth

## G. REBATES & CLUB MEMBERSHIP PROGRAM
- ☐ AHRI #
- ☐ Qualified Rebate Amount
- ☐ Club Member Discount
- ☐ Club Member Maintenance Program ☐ Signup    ☐ Existing

Club membership includes bi-annual HVAC system maintenance, plumbing inspection, electrical safety analysis, priority scheduling, no service call fees (reg. business hours), discounted rates and more. See full brochure for details and signup information.

Notes

AC & Furnace BOGO Install Thermostat provided by customer

Estimated Starting Date 05/21/2021    Estimated Completion Date 05/21/2021

We propose hereby to furnish complete as above specified, for the sum of

Five Thousand One Hundred Seventy Eight    dollars ($ 5,178 )

PAYMENT TYPE: ☐ Cash ☑ Check # _____ ☐ Credit Card

☑ Furnace  BTU __90K__  Eff. __80%__
  Make/Model __Comfort__
☐ Boiler  Make/Model ____
  BTU ____  Eff. ____
☐ Air Handler  Tons ____  kw. ____
  Make/Model ____
☐ Water Heater  Make/Model ____  Gals. ____
☐ Tankless H20 ____
☐ ____

**INDOOR AIR QUALITY**
☐ Filter Rack  Size __16 x 25 x 4__
☐ Media Air Filter Make/Model ____
☐ Electronic Air Purifier ____
☐ Whole House Duct Cleaning ____
☐ Whole House Duct Sanitizing ____
☐ Duct Sealing ____
☐ Humidifier ____

**B. PIPING**
☐ PVC Vent Pipe  Size ____ & Length ____
☐ Vent Piping ____
☐ Chimney Liner  Size ____ & Length ____
☐ Condensate Drain Hookup ____  ☐ Condensate Pump
☑ Gas Connections ____  ☑ New Gas Shut Off
☑ Lineset Size & Length ____  ☐ In Line Filter Drier

**C. CONTROLS & ELECTRICAL**
☐ Thermostat Make/Model ____
☐ Disconnect Box ____  ☐ Breaker Amp Type ____
☐ High Voltage Equipment Connections ____
☑ Low Voltage Connections ____
☑ Seal Tight Whip Size: 1/2"☐ 3/4"☐ & Length 4'☐ 6'☐

All work is to be performed in a neat and professional manner in accordance with existing codes by trained technicians. We sweep, dust and vacuum at the conclusion of each day's work and remove all debris from premises.

Notes

**E. WARRANTIES** (see printed copy of warranty for details and benefits)

> **World's Best 1-Year Test Drive Warranty**

Cust. Initials | If for any reason you are not happy within the first year of owning your new equipment, ABC Plumbing, Sewer, Heating, Cooling & Electric will do whatever it takes to make it right or remove the equipment and refund you the original purchase price. No questions asked. No if's, and's or but's. 100% SATISFACTION GUARANTEED.

MW

☑ 24-Hour Emergency Service  ☑ No Surprises Guarantee
☑ Install Materials Lifetime Warranty  ☐ A/C Level For Life Guarantee
☑ __10__ -Year Parts  ☐ Furnace ☐ Air Conditioning
☑ __10__ -Year Labor  ☐ Furnace ☐ Air Conditioning
☐ Water Heater Warranty  ☐ 6 Year  ☐ 10 Years
☑ Compressor: __15__ Years  ☑ Heat Exchanger: __20__ Years
☑ Customer Service Guarantee  ☑ Equipment Sizing Guarantee
☐ Lifetime Workmanship Guarantee  ☐ Property Protection Guarantee

**F. MISCELLANEOUS**
☑ Removal of existing equipment from premises
☑ Set furnace on isolation pads
☑ A/C Pad - Size ____  ☐ A/C Brackets
☑ Refrigerant  ☑ Vacuum Line Set  ☐ Leak Test Freon System
☑ Environmentally Safe Removal of Old Refrigerant
☑ Permits __ABC Will Pull__
☐ Plat of Survey __Google Earth__

**G. REBATES & CLUB MEMBERSHIP PROGRAM**
☐ AHRI # ____
☐ Qualified Rebate Amount ____
☐ Club Member Discount ____
☐ Club Member Maintenance Program ☐ Signup ☐ Existing
Club membership includes bi-annual HVAC system maintenance, plumbing inspection, electrical safety analysis, priority scheduling, no service call fees (reg. business hours), discounted rates and more. See full brochure for details and signup information.

**Notes**
AC & Furnace BOGO Install Thermostat Provided by custome

Estimated Starting Date __05/21/2021__  Estimated Completion Date __05/21/2021__

We propose hereby to furnish complete as above specified, for the sum of
__Five Thasrnd One Hundred Seventy Eight__  dollars ($ __5,178__ )
PAYMENT TYPE: ☐ Cash ☑ Check # ____ ☐ Credit Card

25% Deposit $ __1,000__  Balance Due: $ __4,178__  ☑ Due Upon Completion
☐ Financed Through: ____  Term ____

Signature: _(ABC Plumbing, Sewer, Heating, Cooling & Electric, Inc.)_

Signature: _(Customer)_  Date __05/14__

Signature: ____  Date ____
_(Customer)_

It is agreed and understood by the parties that all equipment and parts which are sold pursuant hereto shall not become fixtures or part of the real estate where they are placed. Said parts and equipment shall at all times remain personal property and the title hereto shall remain in the seller until payment in full is received. Buyer hereby agrees that all parts and equipment may be repossessed in the event of non payment.

I have the authority to order the work as outlined above. I agree to pay all costs and reasonable attorney's fees if this proposal is placed in the hand of an attorney for collection.

This estimate is valid for 30 days.

YOU, THE CONSUMER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY (INCLUDING SATURDAY) AFTER THE DATE OF THIS TRANSACTION. SEE THE NOTICE OF CANCELLATION ON THE BACK OF THIS PAGE FOR AN EXPLANATION OF THIS RIGHT.

White: Customer Copy  Canary: Office Copy  Pink: Sales Department

Exhibit
A05



**ABC**

**PLUMBING · SEWER · HEATING · COOLING · ELECTRIC**
220 Campus Drive | Arlington Heights, Illinois 60004
Phone: 888-415-0588 | Fax: 847-419-1010
www.4abc.com

JIM JOHNSON
TECH 935
224 532-0763

**Summary of Findings**

DATE 05/23/21   CALL NUMBER 733478
CUSTOMER Mahmoona Tahseen

**Observations:**

100amc Federal Pacific Service Panel. ≈ 1965 located in garage.
No grounding system.
14-3 comex running to 220v/30amc Dryer in garage / 30a/240 breaker.

**Findings:**

Option 1
A) Update original Service equipment indoor by new 24gauge.
100amc Service panel in garage.
B) Repwise 220v Dryer in garage.
C) Install proper grounding system for Safty.

Investment 7508                    UAC 7208       Club price
                                   Financing { 149/mo for 60mos.
                                   Options { 600/mo for 12mos.

5year Warranty

The construction work at this site is covered by a

# CONSTRUCTION PERMIT

### ELK GROVE VILLAGE, ILLINOIS

**DATE:** 5/25/2021

**PERMIT NO:** B21-0680

**Address of Construction** 128 ESSEX RD

**Type of Construction** Remove and replace A/C and furnace

**Contractor** ABC PLUMBING HEATING COOLING & ELECTRIC

**Owner** MOHAMMA TAHSEEN

Inspections are required for the following: Footing, Foundation, Drain Tile, Under Slab, Framing, Sheathing, Roof, Mechanical, Electrical, Plumbing, and Insulation; Sewer and Water Main Services and Connections; Driveway and Aprons; Sidewalks, Patios and Flatwork; Final.

Call 847-357-4220 twenty-four hours in advance for Inspections.

**NO MATERIAL SHALL BE STORED ON THE PARKWAY OR IN THE STREET**

Mary Jo Pye

**Director of Community Development**

**FOR UTILITY LOCATIONS PLEASE CALL J.U.L.I.E. AT 811**

THIS PLACARD MUST BE POSTED IN A LOCATION VISIBLE FROM THE STREET AND REMAIN UNTIL AFTER COMPLETION OF SAID CONSTRUCTION, AND IS NOT TO BE USED FOR ANY OTHER CONSTRUCTION. THE POLICE ARE INSTRUCTED TO STOP WORK WHERE NO PLACARD IS PLACED.

# ABC

**PLUMBING • SEWER • HEATING • COOLING • ELECTRIC**

220 Campus Drive | Arlington Heights, Illinois 60004
Phone: 888-415-0588 | Fax: 847-419-1010 www.4abc.com

CALL NO. ~~40840~~ 733478

DATE 5-21-21

ILLINOIS STATE LICENSE NO. 055-013536

NAME Mohamma Tahseen
HOME PHONE

ADDRESS 128 Essex Road    CITY, STATE, ZIP   Elk Grove IL
WORK PHONE

| DESCRIPTION OF WORK: | Regular Price | Ultimate Advantage Club Price |
|---|---|---|
| Installed 90k BTU furnace | | |
| Reconnected electric, gas & smoke pipe | | |
| Installed 3ton coil | | |
| | | |
| + Pay when job is complete | | |
| * Return to run 7/8 lineset & 3/8 lineset to A/c | | |
| location. Need electrician to run power for A/c, need | | |
| wireless module for A/c & upgrade thermostat to | | |
| match. A/c is at the home. Need to install condensate pump | | |

ADDITIONAL RECOMMENDATIONS

coil M# CNQVPB621ALAAAAA    S#1821X89030
FURNACE MODEL NO. BBSCOA090E211216    SERIAL NO. 1421A23012
A/C MODEL NO. 24 ACB3B64BNB2010    SERIAL NO.

I hereby authorize the work described above and agree to the terms and conditions as stated on this form. I recognize that aged and deteriorated fixtures, piping and appurtenances may no longer be serviceable, and I agree to hold ABC Plumbing, Sewer, Heating, Cooling & Electric, Inc. blameless for any damage or destruction to those items as a result of these conventional repair efforts. I agree to pay for all work, goods, and services received and hereby further authorize ABC to bill any of my credit card(s) for the goods and/or services being provided, and I agree to perform the obligations set forth in the applicable card holder agreement with the credit card user.

SIGNATURE X

YOU, THE CONSUMER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY (INCLUDING SATURDAY) AFTER THE DATE OF THIS TRANSACTIONS, SEE THE ATTACHED NOTICE OF CANCELLATION FOR EXPLANATION OF THIS RIGHT.

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF DESCRIBED WORK.

PAID BY: ☐ Cash  ☐ Check No. _____  ☐ Finance Last 4 #s: _____

☐ VISA ☐ MasterCard ☐ AMEX ☐ Discover  Credit Card Last 4 #s: _____

Signature X

S/T Signature X  Antonio, Israel

S/H # _____
S/T # 747

ASK US ABOUT

## The Ultimate Advantage Club™

Join the thousands of Chicagoland residents who enjoy financial benefits and peace of mind because their homes' most vital systems receive regular maintenance from a team of highly-trained technicians. If repairs are ever needed, members also receive significant discounts and priority scheduling.

- Automatic service reminders.
- Priority service that puts you first -- Move to the front of the line any time you need service.
- Special members-only savings.
- Automatic extended warranty protection.
- ABC's 100% satisfaction guarantee.

BECOME A MEMBER TODAY AND ENJOY THE COMFORT, SAVINGS AND PEACE OF MIND THAT COMES WITH YOUR MEMBERSHIP!

## Consider it Done!

Where upfront pricing means no surprises.

| ESTIMATED STARTING DATE: | ESTIMATED COMPLETION DATE: |
|---|---|
| | |

| DIAGNOSIS FEE | |
|---|---|
| WORK TOTAL | |
| SUBTOTAL | |
| ULTIMATE ADVANTAGE CLUB SAVINGS | |
| SENIOR/MILITARY DISCOUNT OR OTHER SAVINGS | |
| AMOUNT DUE ▶ | 0 |

*THANK YOU FOR YOUR BUSINESS!*

# ABC PLUMBING • SEWER • HEATING • COOLING • ELECTRIC

220 Campus Drive | Arlington Heights, Illinois 60004
Phone: 888-415-0588 | Fax: 847-419-1010 www.4abc.com

CALL NO. 733478
DATE 6-2-21

ILLINOIS STATE LICENSE NO. 055-013536

| NAME Mohamma Tahseen | HOME PHONE |
| ADDRESS 128 Essex Road      CITY, STATE, ZIP   Elk Grove IL | WORK PHONE |

| DESCRIPTION OF WORK: | Regular Price | Ultimate Advantage Club Price |
|---|---|---|
| Installed 3 ton A/C | | |
| Installed Prestige thermostat | | |
| Ran new lineset | | |
| | | |
| * Pay upon completion of job | | |
| ** Return to install Module for A/c after electrician | | |
| comes tomorrow to install new disconnect if possible. | | |
| Also charge A/c after electric is done. | | |

ADDITIONAL RECOMMENDATIONS

** Need to install 220v to 24v transformer for module (at customers house)

FURNACE MODEL NO.                        SERIAL NO.

A/C MODEL NO.                             SERIAL NO.

I hereby authorize the work described above and agree to the terms and conditions as stated on this form. I recognize that aged and deteriorated fixtures, piping and appurtenances may no longer be serviceable, and I agree to hold ABC Plumbing, Sewer, Heating, Cooling & Electric, Inc. blameless for any damage or destruction to those items as a result of these conventional repair efforts. I agree to pay for all work, goods, and services received and hereby further authorize ABC to bill any of my credit card(s) for the goods and/or services being provided, and I agree to perform the obligations set forth in the applicable card holder agreement with the credit card user.

SIGNATURE X

| YOU, THE CONSUMER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY (INCLUDING SATURDAY) AFTER THE DATE OF THIS TRANSACTIONS, SEE THE ATTACHED NOTICE OF CANCELLATION FOR EXPLANATION OF THIS RIGHT. | I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF DESCRIBED WORK.<br><br>PAID BY: ☐ Cash  ☐ Check No. _____  ☐ Finance Last 4 #s: _____<br>☐ VISA  ☐ MasterCard  ☐ AMEX  ☐ Discover   Credit Card Last 4 #s: _____<br>Signature X _____<br>S/T Signature X Antonio, Israel       S/H # _____   S/T # _____ |



ASK US ABOUT
## The Ultimate Advantage Club

Join the thousands of Chicagoland residents who enjoy their comforts and peace of mind because their homes' most vital systems receive regular maintenance from a team of highly trained technicians. If repairs are ever needed, members also receive significant discounts and priority scheduling.

- Automatic service reminders.
- Priority service that puts you first -- Move to the front of the line any time you need service.
- Special members-only savings.
- Automatic extended warranty protection.
- ABC's 100% satisfaction guarantee.

BECOME A MEMBER TODAY AND ENJOY THE COMFORT, SAVINGS AND PEACE OF MIND THAT COMES WITH YOUR MEMBERSHIP!

# Consider it Done!

### Where upfront pricing means no surprises.

| ESTIMATED STARTING DATE: | | ESTIMATED COMPLETION DATE: | |
|---|---|---|---|
| DIAGNOSIS FEE | | | |
| WORK TOTAL | | | |
| SUBTOTAL | | | $4178 |
| ULTIMATE ADVANTAGE CLUB SAVINGS | | | |
| SENIOR/MILITARY DISCOUNT OR OTHER SAVINGS | | | |
| AMOUNT DUE ▶ | | | ∮ |

*THANK YOU FOR YOUR BUSINESS!*

# ABC
### PLUMBING · SEWER · HEATING · COOLING · ELECTRIC

224-651-7425

220 Campus Drive | Arlington Heights, Illinois 60004
Phone: 888-415-0588 | Fax: 847-419-1010  www.4abc.com

CALL NO. 233478
DATE 6/4/21

ILLINOIS STATE LICENSE NO. 055-013536

NAME MOHAMMA TAHSAN
HOME PHONE

ADDRESS 128 ESSEX RD, ELKGROVE, IL, 60007    CITY, STATE, ZIP
WORK PHONE

| DESCRIPTION OF WORK: | Regular Price | Ultimate Advantage Club Price |
|---|---|---|
| CHECKED CONDITION OF SERVICE AND SCOPE OF WORK NEEDED TO COMPLETE INSTALL OF AIR CONDITIONER | | |
| TOTAL | | N/C |
| | | |
| | | |
| | | |
| | | |

ADDITIONAL RECOMMENDATIONS

FURNACE MODEL NO.                    SERIAL NO.

A/C MODEL NO.                    SERIAL NO.

I hereby authorize the work described above and agree to the terms and conditions as stated on this form. I recognize that aged and deteriorated fixtures, piping and appurtenances may no longer be serviceable, and I agree to hold ABC Plumbing, Sewer, Heating, Cooling & Electric, Inc. blameless for any damage or destruction to those items as a result of these conventional repair efforts. I agree to pay for all work, goods, and services received and hereby further authorize ABC to bill any of my credit card(s) for the goods and/or services being provided, and I agree to perform the obligations set forth in the applicable card holder agreement with the credit card user.

SIGNATURE X

YOU, THE CONSUMER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY (INCLUDING SATURDAY) AFTER THE DATE OF THIS TRANSACTIONS, SEE THE ATTACHED NOTICE OF CANCELLATION FOR EXPLANATION OF THIS RIGHT.

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF DESCRIBED WORK.

PAID BY: ☐Cash  ☐Check No. _____    ☐ Finance Last 4 #s:_____

☐VISA ☐MasterCard ☐AMEX ☐Discover    Credit Card Last 4 #s:_____

Signature X _____

S/T Signature X _____
S/H #_____
S/T #_____

ASK US ABOUT
## The Ultimate Advantage Club

Join the thousands of Chicagoland residents who enjoy financial benefits and peace of mind because their homes' most vital systems receive regular maintenance from a team of highly trained technicians. If repairs are ever needed, members also receive significant discounts and priority scheduling.

- Automatic service reminders.
- Priority service that puts you first -- Move to the front of the line any time you need service.
- Special members-only savings.
- Automatic extended warranty protection.
- ABC's 100% satisfaction guarantee.

BECOME A MEMBER TODAY AND ENJOY THE COMFORT, SAVINGS AND PEACE OF MIND THAT COMES WITH YOUR MEMBERSHIP!

# Consider it Done!
### Where upfront pricing means no surprises.

| ESTIMATED STARTING DATE: | | ESTIMATED COMPLETION DATE: | |
|---|---|---|---|
| DIAGNOSIS FEE | | | |
| WORK TOTAL | | | |
| SUBTOTAL | | | |
| ULTIMATE ADVANTAGE CLUB SAVINGS | | | |
| SENIOR/MILITARY DISCOUNT OR OTHER SAVINGS | | | |
| AMOUNT DUE ▶ | | | |

THANK YOU FOR YOUR BUSINESS!

# CHASE ⬡

**-$1,038.00**
Total

May 17, 2021
Post date

155
Check #



**MOHAMMAD TAHSEEN** 11-11
128 ESSEX RD.
ELK GROVE VILLAGE, IL 60007-3937

2-1/710 562

155

DATE 5/7/2021

PAY TO THE ORDER OF Richard Fouzai's     $ 1035 00

One Thousand Thirty-eight — and 00/100  DOLLARS

CHASE ⬡
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Madison Fee

MP

⑆071000013⑆    4282⑈0155

JPMorgan Chase Bank, N.A. Member FDIC          ©2021 JPMorgan Chase & Co.          Equal Opportunity Lender

**Exhibit**

**A06**

# CHASE ⬡

| | | |
|---|---|---|
| **-$1,000.00** | Jun 9, 2021 | 160 |
| Total | Post date | Check # |



MOHAMMAD TAHSEEN 11-11
128 ESSEX RD.
ELK GROVE VILLAGE, IL 60007-3937

$\frac{2-1}{710}$ 582

160

DATE 6/7/2021

PAY TO THE ORDER OF Naumann, Agnello and Associate $ 1000⁰⁰

One Thousand and 00/100 ————— DOLLARS

CHASE ⬡
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Legal Services x [signature]

⑈071000013⑈ 428 2⑈0160

JPMorgan Chase Bank, N.A. Member FDIC          ©2021 JPMorgan Chase & Co.          Equal Opportunity Lender

**Exhibit**
**A07**

# CHASE ◻

**-$3,000.00**
Total

Jun 25, 2021
Post date

161
Check #



**Exhibit**

**A08**

# CHASE ⬡

| **-$2,500.00** | Jul 19, 2021 | 163 |
|---|---|---|
| Total | Post date | Check # |



The check shows:

MOHAMMAD TAHSEEN   11-11
12 NESSER RD.
ELK GROVE VILLAGE, IL  60007-3937

DATE 7/19/21

163

Pay to the order of: Robert Nauman   $ 2500—

Two thousand five hundred and 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Legal fees.

⑆071000013⑆  428 2⑈0163

JPMorgan Chase Bank, N.A. Member FDIC          ©2021 JPMorgan Chase & Co.                    Equal Opportunity Lender

Exhibit
A09



**Exhibit**

**A10**